IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 17 C 4768 |
| MORCOM CONSTRUCTION COMPANY, an Illinois corporation, | ) ) ) ) | JUDGE SHARON JOHNSON COLEMAN |
| Defendant. | ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, MORCOM CONSTRUCTION COMPANY, an Illinois corporation, in the total amount of $210,624.96, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,104.00.

On June 27, 2017, a Notice of a Lawsuit and Request to Waive Service of a Summons and Waiver of the Service of Summons forms were served on Defendant's counsel. On July 14, 2017, Defendant's counsel executed the Waiver of the Service of Summons form. Pursuant to the Waiver form, Defendant's answer or motion under Rule 12 was due within 60 days from June 27, 2017, or by August 28, 2017. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Patrick N. Ryan

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that on or before the hour of <u>5:00 p.m.</u>, this <u>2nd</u> day of <u>October 2017</u>, he electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

                Mr. Brendan Shiller
                Shiller Preyar Law Offices, LLC
                601 S. California Avenue
                Chicago, IL   60612
                brendan@shillerpreyar.com

                                          /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone:  (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Morcom\#27361\motion.pnr.df.wpd